BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>SHAUN MAHONE,<br><br>       Defendant. | 2:10-mj-00166-KJN<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING and<br>ORDER<br><br>DATE: May 2, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

On August 25, 2010, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Kendall J. Newman:

    1.    The defendant shall serve a one-year term of Court Probation, subject to the following terms:

           a.    The defendant shall pay a $400.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving when Privilege Suspended and Revoked for Failure to Appear;

           b.    The defendant shall begin payment immediately.

1

On August 10, 2011, the above-named defendant was ordered to appear to explain why his probation should not be revoked since payment had not been paid on his fine for Count One. Defendant paid $60.00 on his fine. United States Magistrate Judge Kendall J. Newman ordered the following:

    1. The defendant shall pay $50.00 on September 1, 2011, and $30.00 per month until the fine and special assessment are paid.

    2. The term of Court Probation shall be extended for one year.

    3. A Control Date was set for October 19, 2011 at 9:00 a.m. before the Honorable Kendall J. Newman.

On October 19, 2011, defendant made a $50.00 payment that had been due on September 1, 2011. Defendant advised the Judge that a $30.00 payment was made, but his cashier's check was made payable to the Federal Public Defender.

The United States alleges the defendant has violated the revised conditions of probation as follows:

    1. The defendant was ordered to pay a fine of $400.00 and a special assessment of $10.00 for Count One of the Information.

    2. The defendant has paid $140.00 towards his fine for Count One.

    3. The defendant was ordered to pay $30.00 per month after making his payment on September 1, 2011. Defendant has failed to make monthly payments since November 2011, which totals $150.00 through March 2012.

4.   The defendant owes a total outstanding balance of
                  $270.00.

   The United States therefore petitions the Court to add this matter on its May 2, 2012 calendar for a second probation revocation hearing to allow the defendant to show cause why the probation ordered on October 19, 2011, should not be revoked.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April 6, 2012                Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Christopher S. Hales
                                    CHRISTOPHER S. HALES
                                    Special Assistant U.S. Attorney




**ORDER**

   It is Hereby Ordered that the defendant appear on May 2, 2012, at 9:00 a.m., to show cause why the probation ordered on October 19, 2011, should not be revoked.

   IT IS SO ORDERED.

Dated:  April 9, 2012




                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

3